UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE WESTERN STATES INSULATORS & ALLIED WORKERS' PENSION PLAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FRANK RODGERS, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-00442-JST<br><br>**ORDER RE-SETTING DEADLINE TO COMPLETE MEDIATION**<br><br>Re: Dkt. No.: 25. |

As requested by the parties in their joint case management statement, the Court hereby sets April 12, 2013 as the deadline to complete mediation. Dkt. No. 25. The Court expects to set other deadlines in the case after conducting a case management conference.

**IT IS SO ORDERED**.

Dated: March 7, 2013

_____
Jon S. Tigar
United States District Judge