```
FILED
MAY 29 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

ROBERT A. HUDDLESTON, ESQ., SBN 83662
JEFFREY J. MANN, ESQ., SBN 253440
**HUDDLESTON & SIPOS LAW GROUP**
1676 N. California Boulevard, Suite 550
Walnut Creek, CA 94596
Telephone:   (925) 947-0100
Facsimile:   (925) 947-0111
rhuddleston@hslawllp.com
jmann@hslawllp.com

Attorneys for Defendants FRANK RODGERS
and MATTHEW WARNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE WESTERN STATES INSULATORS AND ALLIED WORKERS' PENSION PLAN, WESTERN STATES INSULATORS AND ALLIED WORKERS' INDIVIDUAL RETIREMENT ACCOUNT PLAN, AND WESTERN STATES INSULATORS AND ALLIED WORKERS' HEALTH PLAN; WESTERN STATES INSULATORS AND ALLIED WORKERS' PENSION PLAN; WESTERN STATES INSULATORS AND ALLIED WORKERS' INDIVIDUAL ACCOUNT PLAN; AND WESTERN STATES INSULATORS AND ALLIED WORKERS' HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>FRANK RODGERS, MATT WARNER, and DOES 1-50,<br><br>Defendants.<br><br>AND RELATED ACTION. | **CASE NO. CV 12-00442 JST**<br>*Consolidated With*<br>**Case No. CV 13-01661 JST**<br><br>**ASSIGNED TO THE HONORABLE JON S. TIGAR**<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING WITHDRAWAL OF COUNSEL** |

////

////

1

---

STIPULATION AND [PROPOSED] ORDER ALLOWING WITHDRAWAL OF COUNSEL
N:\1810.10A\Pld\1810.10A Stipulation to Withdraw.wpd/ms

1  Pursuant to Local Rules 11-5(a) and 7-12, defendant MATTHEW WARNER and his current
2  counsel Robert A. Huddleston and Jeffrey J. Mann of Huddleston & Sipos Law Group, LLP, hereby
3  stipulate and agree to allow such counsel to withdraw, and to have MATTHEW WARNER continue
4  in this case in *pro per*. Plaintiffs do not object to this withdrawal.

MATTHEW WARNER's current contact information is as follows:

    31 St. Maurice Court

    Danville, CA 94526

    (925) 858-6162

So stipulated.

DATED: May 22, 2013    **HUDDLESTON & SIPOS LAW GROUP LLP**

By _____
    JEFFREY J. MANN, ESQ.

DATED: 5/23/2013

_____
MATTHEW WARNER

DATED: 5/23/13    **KRAW and KRAW**

By _____
    DONNA KIRCHNER, ESQ.
    Counsel for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/29/13

_____
HONORABLE JON S. TIGAR

2

STIPULATION AND [PROPOSED] ORDER ALLOWING WITHDRAWAL OF COUNSEL
N:\1810.10A\Pld\1810.10A Stipulation to Withdraw.wpd/ms