George M. Kraw (SBN 71551)
Donna L. Kirchner (SBN 138320)
Katherine McDonough (SBN 241426)
**KRAW AND KRAW**
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com
kmcdonough@kraw.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| WESTERN STATES INSULATORS & ALLIED WORKERS' INDIVIDUAL RETIREMENT ACCOUNT PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRANK RODGERS, MATT WARNER, and DOES 1-50, <br><br> Defendants. <br><br> AND CONSOLIDATED ACTION | Case No.: C12-0442 JST <br> (Consolidated with <br> Case No.: C13-1661-JST) <br><br> STIPULATION AND [PROPOSED] ORDER RE GOOD FAITH SETTLEMENT |

WHEREAS Plaintiffs and Defendant Matt Warner have reached a settlement of Plaintiffs' claims against Defendant Warner for his payment of $11,000.00 and continued cooperation in providing true and competent testimony in this action; and

WHEREAS Defendant Warner seeks an order of the court declaring that this settlement is in good faith pursuant to California Code of Civil Procedure ("CCP") section 877; and

WHEREAS there is precedent for using CCP Section 877 good faith settlement determinations in a federal ERISA action (see *Int'l Longshore & Warehouse Union-Pac. Mar. Ass'n Welfare Plan Bd. of Trustees v. S. Gate Ambulatory Surgery Ctr.*, C 11-01215 WHA, 2012 WL 1657068 (N.D. Cal. May 10, 2012); and

1  WHEREAS Defendant Frank Rodgers does not object to the requested determination of good
2  faith settlement;
3  THEREFORE,
4  IT IS HEREBY STIPULATED by the parties that the court enter an order determining that
5  the settlement between Plaintiffs and Defendant Warner[1] constitutes a good faith settlement pursuant
6  to CCP section 877.

7  DATED: ~~October~~ 13, 2013        KRAW & KRAW LAW GROUP
       November

9                                    By: /s/ Donna Kirchner
10                                       DONNA L. KIRCHNER
                                         Attorneys for Plaintiffs, Western States Insulators & Allied
                                         Workers' Individual Retirement Account Plan, et al.,

12 DATED: October ___, 2013          HUDDLESTON & SIPOS LAW GROUP
       Nov 13

                                     By: _____
15                                       ROBERT A. HUDDLESTON
                                         Attorneys for Defendant Frank Rodgers

17 DATED: ~~October ___, 2013~~
       November 12, 2013
                                     By: _____
19                                       MATT WARNER
                                         Pro Per Defendant

20
    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
21
    DATED: November 18, 2013          _____
22                                    JON S. TIGAR
                                      United States District Judge

---

[1] The settlement relates to the following actions in which Defendant Frank Rodgers is also a Defendant: *Board of Trustees for the Western States Insulators & Allied Workers' Pension Plan et al., v. Rodgers et al.*, United States District Court for the Northern District of California Case No. 3:12-cv-00442-JST; *Boards of Trustees of the Western States Insulators and Allied Workers Pension Fund et al v. F. Rodgers Corporation et al.*, United States District Court for the Northern District of California Case No. 3:13-cv-01661-JST (previously United States District Court for the Central District of California Case No. 12-cv-1046-CBM); and *Board of Trustees of the Northwest Insulation Workers Welfare Trust, et al., v. F. Rodgers Corporation, et al.*, United States District Court for the Western District of Washington Case No. 2:12-cv-00674-JLR.

C12-0442 JST Stipulation and ~~[Proposed]~~ ORDER Re Good Faith Settlement                Page 2