UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE WESTERN STATES INSULATORS & ALLIED WORKERS' PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FRANK RODGERS, et al.,<br><br>Defendants. | Case No.  12-cv-00442-JST<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION; CONTINUING DEADLINES AND TRIAL DATE** |

The Court will not stay the case or vacate deadlines and dates. However, in order to provide Plaintiff and Defendant Warner a limited period to evaluate their circumstances and consider resolution of their dispute, the Court hereby CONTINUES the deadlines in this case 60 days. The new deadlines are as follows:

| Event | Deadline |
|---|---|
| Expert disclosures | January 21, 2014 |
| Expert rebuttal | February 4, 2014 |
| Expert discovery cut-off | February 19, 2014 |
| Deadline to file dispositive motions | March 11, 2014 |
| Pretrial conference statement due | June 3, 2014 |
| Pretrial conference | June 13, 2014 at 2:00 p.m. |

| **Event** | **Deadline** |
|---|---|
| Trial | June 30, 2014 at 8:30 a.m. |
| Estimate of trial length (in days) | Five |

1  
2  
3  
4  
5   Counsel may not modify these dates without leave of court.  The parties shall comply with
6  the Court's standing orders, which are available at cand.uscourts.gov/jstorders.
7   The parties must take all necessary steps to conduct discovery, compel discovery, hire
8  counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
9  manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their
10  calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.
11   Trial dates set by this Court should be regarded as firm.  Requests for continuance are
12  disfavored.  The Court will not consider any event subsequently scheduled by a party, party-
13  controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant
14  a continuance.  The Court will not consider the pendency of settlement discussions as good cause
15  to grant a continuance.

Dated:  November 22, 2013

_____
JON S. TIGAR
United States District Judge

2