UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE WESTERN STATES INSULATORS & ALLIED WORKERS' PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MATT WARNER,<br><br>Defendant. | Case No.  12-cv-00442-JST<br><br>**ORDER DENYING STIPULATION WITHOUT PREJUDICE**<br><br>Re: ECF No. 47 |

The parties have stipulated to dismiss this action, contingent upon the Court exercising continuing jurisdiction over the parties' settlement agreement. However, the parties have not submitted the agreement to the Court. Therefore, the stipulation is DENIED WITHOUT PREJUDICE.

Within five days, the parties are ordered to either file a new stipulation and proposed order that includes the parties' settlement agreement or to file a notice clarifying that their stipulated dismissal is not contingent upon the Court exercising continuing jurisdiction.

**IT IS SO ORDERED.**

Dated: May 13, 2014

_____
JON S. TIGAR
United States District Judge