UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE WESTERN STATES INSULATORS & ALLIED WORKERS' PENSION PLAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FRANK RODGERS,<br><br>　　　　Defendant. | Case No.  12-cv-00442-JST<br><br>**ORDER DIRECTING PARTIES TO FILE PRETRIAL STATEMENT** |

This case is scheduled for trial beginning June 30, 2014.  On November 25, 2013, the court ordered the parties to file their pretrial conference statement by June 3, 2014.  ECF No. 46.  No statement has been filed.

The parties are again ORDERED to file the pretrial statement forthwith, but in any event not later than 5:00 p.m. tomorrow, June 10, 2014.  The parties are also ordered to file declarations explaining why they failed to follow the court's previous order.  Failure to comply with this order may result in monetary or other sanctions.

**IT IS SO ORDERED.**

Dated: June 9, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　United States District Judge