UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE WESTERN STATES INSULATORS & ALLIED WORKERS' PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRANK RODGERS, <br><br> Defendant. | Case No.  12-cv-00442-JST <br><br> **ORDER TO FILE STIPULATION OF DISMISSAL; SETTING CASE MANAGEMENT CONFERENCE** <br><br> Re: ECF No. 52 |

The parties stated on the record on June 9, 2014, that they have settled this action.  See ECF Nos. 52 & 53.  Accordingly, with the exception of the case management conference discussed *infra*, all deadlines and hearings in this case, including the upcoming pretrial conference and trial, are VACATED.  By July 24, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on August 20, 2014, at 2:00 P.M., courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause.  Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: June 10, 2014



JON S. TIGAR
United States District Judge