1  George M. Kraw (SBN 71551)
   Donna L. Kirchner (SBN 138320)
2  Katherine McDonough (SBN 241426)
   **KRAW AND KRAW**
3  605 Ellis Street, Suite 200
   Mountain View, CA 94043
4  Telephone: (650) 314-7800
   Facsimile: (650) 314-7899
5  gkraw@kraw.com
   dkirchner@kraw.com
6  kmcdonough@kraw.com

7  Counsel for Plaintiffs

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO / OAKLAND DIVISION

12

13 | WESTERN STATES INSULATORS &        )   Case No.: C12-0442 JST
   | ALLIED WORKERS' INDIVIDUAL         )
14 | RETIREMENT ACCOUNT PLAN, et al.,   )   **STIPULATED DISMISSAL OF CLAIMS**
   |                                    )   **AGAINST FRANK RODGERS**
15 |          Plaintiffs,               )
   |                                    )
16 |     v.                             )
   |                                    )
17 | FRANK RODGERS, MATT WARNER,        )
   | and DOES 1-50,                     )
18 |                                    )
   |          Defendants.               )
19 | _____  )

20

21     It is hereby stipulated by and between Plaintiffs and Defendant Frank Rodgers that, pursuant

22  to the settlement agreement between Plaintiffs and Frank Rodgers, all claims against him in *Board of*

23  *Trustees for the Western States Insulators and Allied Workers Pension Plan, et al. v. al. v. Frank*

24  *Rodgers, et al.* ("Rodgers 1"), Case No. CV 12-00442 JST, and consolidated case, *The Boards of*

25  *Trustees of the Western States Asbestos Workers' Pension Fund, et al. v F. Rodgers Corp., et al.*,

26  Case No. CV 13-1661 JST (formerly Central District of California Case No. CV12-1046 CBM), be

27  dismissed without prejudice.

28     The parties request that the court retain jurisdiction to enforce the settlement agreement

1 | between Plaintiffs and Frank Rodgers, a copy of which is attached hereto.

2 | DATED: July  23 , 2014            KRAW & KRAW LAW GROUP

4 |                                   By: /S/ Donna L. Kirchner
                                          DONNA L. KIRCHNER
5 |                                       Attorney for Plaintiffs

7 | DATED: July ___, 2014            HUDDLESTON & SIPOS LAW GROUP

10 |                                  By: _____
                                          ROBERT A. HUDDLESTON
                                          Attorneys for Defendants

12 |    IT IS SO ORDERED.  As there are no remaining Defendants in this action, the clerk of the court shall close the file.

14 | DATED: July 29, 2014

                                     _____
                                     Honorable Jon S. Tigar
                                     UNITED STATES DISTRICT JUDGE

## ATTESTATION

I, Donna L. Kirchner, attest that signatory Robert A. Huddleston has read and approved the foregoing **STIPULATED DISMISSAL OF CLAIMS AGAINST FRANK RODGERS** and has consented to its filing in this action.

        /S/ Donna L. Kirchner
        Donna L. Kirchner